UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AIRMOTIVE INVESTMENTS LLC; STONEFILED HOMEOWNERS ASSOCIAITON,<br><br>　　　　　　　　Defendant. | Case No. 3:16-cv-00659-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Selene Finance, L.P. has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 17th day of November 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE