ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:16-cv-00659-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON STONEFIELD HOMEOWNERS' ASSOCIATION MOTION FOR SUMMARY JUDGMENT [ECF NO. 28]** <br><br> **[SECOND REQUEST]** |

Plaintiff Selene Finance L.P. (**Selene**), by and through its attorneys Akerman LLP; and defendant Stonefield Homeowners Association (**HOA**) hereby stipulate and agree to extend the time for Selene to respond to HOA's motion for summary judgment [ECF No. 24] filed on April 13, 2017 as outlined below. The current Response date is June 23, 2017.

1. This lawsuit involves the parties seeking quiet title/declaratory relief and other claims related to a non-judicial homeowner's association foreclosure sale conducted on a property pursuant to NRS 116.

2. HOA filed its motion for summary judgment on April 13, 2017. EFC No. 28

3. Discovery closes July 24, 2017 and dispositive motions are due August 24, 2017. Selene seeks the extension of time to allow it to complete the remaining discovery in this case.

{42099011;1}

4. The parties stipulate and agree that Selene's response to the HOA's Motion for Summary Judgment [EFC No. 28] shall be due by August 24, 2017.

5. This is the second request for an extension of this deadline and is not meant for purposes of prejudice or delay.

DATED this 22nd day of June, 2017.

| **AKERMAN LLP** | **PERRY & WESTBROOK, P.C.** |
|---|---|
| /s/ *Tenesa S. Scaturro* | /s/ *Christopher D. Phipps* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144 | CHRISTOPHER D. PHIPPS, ESQ.<br>Nevada Bar No. 3788<br>ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>6490 South McCarran Blvd., Suite C-20<br>Reno, NV 89509 |
| *Attorneys for Plaintiff Selene Finance, L.P.* | *Attorneys for Defendant Stonefield Homeowners Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2017

{42099011;1}