ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership,<br><br>      Plaintiff,<br><br>v.<br><br>AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>      Defendants. | Case No.: 3:16-cv-00659-MMD-VPC<br><br>**STIPULATION AN ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S DECEMBER 26, 2017 ORDER [ECF NO. 102]**<br><br>(FIRST REQUEST) |

Plaintiff Selene Finance L.P. (**Selene**), Airmotive Investments, LLC, and Stonefield Homeowners Association (**HOA**) pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 4, 2018 order, ECF No. 48:

1.   On January 4, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 102.) The court directed the parties to file a status report within five days of the Nevada Supreme Court

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

answering the certified question.  (*Id.*)

2.    The Nevada Supreme Court answered the certified question on August 2, 2018.  *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).  The parties' joint status report is due August 7, 2018 as a result.  (*See* ECF No. 102.)

3.    Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018.  Selene's counsel, Akerman LLP, is counsel of record for in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada supreme court's ruling.

4.    This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46021428;1

WHEREFORE, Selene, HOA and Airmotive respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 4, 2018 order, ECF No. 48, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

Dated: August 7, 2018

| | |
|---|---|
| **AKERMAN LLP** | **PERRY & WESTBROOK, P.C.** |
| /s/ *Tenesa S. Powell* | /s/ *Cheryl Wilson for* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>6490 South McCarran Blvd., Suite C-20<br>Reno, NV 89509 |
| | *Attorneys for Defendant Stonefield Homeowners Association* |
| *Attorneys for Plaintiff Selene Finance, L.P.* | |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | |
| /s/ *Timothy Rhoda* | |
| ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148 | |
| *Attorneys for Airmotive Investments LLC* | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 8, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46021428;1