ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, | Case No.: 3:16-cv-00659-MMD-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION, | [SECOND REQUEST] |
| Defendants. | |

Plaintiff Selene Finance L.P. (**Selene**) defendant Airmotive Investments LLC (**Airmotive**) and defendant Stonefield Homeowners Association (**HOA**), by and through their respective counsel of record, and hereby jointly submit this Stipulation and Order to Extend Dispositive Motion Deadlines (First Request). This is the second request to extend the dispositive motion deadline set by Stipulation and Order to Extend Discovery filed on May 15, 2017. ECF No. 32. This case was stayed by order of court from January 4, 2018 to August 24, 2018. ECF No. 48; 53.

Airmotive filed its summary judgment motion on September 4, 2018. ECF No. 55. Oppositions to the motion are due by September 25, 2018. *Id*. The parties stipulate to extend the time for opposing the motion to October 19, 2018. The parties further stipulate that Selene and the HOA shall have until October 19, 2018 to file summary judgment motions. The parties stipulate to this extension because the parties are in active settlement discussions and would like to avoid

1

46315425;1

incurring additional fees and costs for briefing summary judgment motions. Additionally, the parties recently had several hundred cases come off stay after the Nevada supreme court's decision on the certified question. The extension of time will allow the parties additional time to sufficiently brief the motions given multiple competing deadlines. This request is made in good faith and not made for purposes of delay.

DATED: September 10, 2018.

| **AKERMAN LLP** | **PERRY & WESTBROOK, P.C.** |
|---|---|
| /s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Selene Finance L.P.* | /s/ Cheryl Wilson<br>ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>CHERYL WILSON<br>Nevada Bar No. 8312<br>1701 W. Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>*Attorneys for Defendant Stonefield Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>/s/ Timothy E. Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 W. Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Airmotive Investments, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 11, 2018

2

46315425;1