ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, | Case No.: 3:16-cv-00659-MMD-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION, | [THIRD REQUEST] |
| Defendants. | |

Plaintiff Selene Finance L.P. (**Selene**) defendant Airmotive Investments LLC (**Airmotive**) and defendant Stonefield Homeowners Association (**HOA**), by and through their respective counsel of record, and hereby jointly submit this Stipulation and Order to Extend Dispositive Motion Deadlines (Third Request). This is the third request to extend the dispositive motion deadline set by Stipulation and Order to Extend Discovery filed on May 15, 2017. ECF No. 32. This case was stayed by order of court from January 4, 2018 to August 24, 2018. ECF No. 48; 53.

Airmotive filed its summary judgment motion on September 4, 2018. ECF No. 55. Oppositions to the motion were due by September 25, 2018. *Id*. The parties' second request for stipulation and order stipulated to extend the time for opposing the motion to October 19, 2018 [ECF No. 56]. The parties continue to be in active settlement discussions and would like to avoid incurring additional fees and costs for briefing summary judgment motions. The parties stipulate and agree to

1

an additional 30 day extension to oppose Airmotive's summary judgment motion and to file Dispositive Motions. The new deadline to file Dispositive Motions is **Monday, November 19, 2018[1]**.

This request is made in good faith and not made for purposes of delay.

DATED: October 19, 2018.

| **AKERMAN LLP** | **PERRY & WESTBROOK, P.C.** |
|---|---|
| /s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Selene Finance L.P.* | /s/ Cheryl Wilson<br>ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>CHERYL WILSON<br>Nevada Bar No. 8312<br>1701 W. Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>*Attorneys for Defendant Stonefield Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>/s/ Timothy E. Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 W. Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Airmotive Investments, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 26, 2018, *nunc pro tunc*

---

[1] 30 days falls on Sunday November 18, 2018, the parties agree to move the deadline to the next judicial day.

2

46750136;1