ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:16-cv-00659-MMD-CBC <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> [FOURTH REQUEST] |

Plaintiff Selene Finance L.P. (**Selene**) defendant Airmotive Investments LLC (**Airmotive**) and defendant Stonefield Homeowners Association (**HOA**), by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend Dispositive Motion Deadlines. This is the fourth request to extend the dispositive motion deadline set by Stipulation and Order to Extend Discovery filed on May 15, 2017. [ECF No. 32]. The case was stayed by order of this court on January 4, 2018 [ECF No. 48]. The stay was lifted on August 24, 2018. [ECF No. 53].

Airmotive filed its summary judgment motion on September 4, 2018. [ECF No. 55]. Oppositions to the motion were due on September 25, 2018. *Id*. The parties' second request for stipulation and order stipulated to extend the time for opposing the motion to October 19, 2018 [ECF No. 56]. The parties' third request for stipulation and order to extend the time for opposing the

1

motion to was set for November 19, 2018 [ECF No. 59]. The court granted this stipulation on November 26, 2018. *Id*.

The parties continue active settlement discussions and would like to avoid incurring additional fees and costs for briefing summary judgment motions. The parties stipulate and agree to an extension to oppose Airmotive's summary judgment motion and to file Dispositive Motions until January 11, 2019. The parties recognize this request is being made after the deadline set forth in the prior stipulation to extend. ECF No. 59. The deadline was inadvertently not calendared and thus no brief or request to extend was filed. The parties make this request is made in good faith and not for purposes of delay.

DATED: December 20, 2018.

| **AKERMAN LLP** | **PERRY & WESTBROOK, P.C.** |
|---|---|
| /s/ Tenesa S. Powell <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> *Attorneys for Plaintiff Selene Finance L.P.* | /s/ Cheryl Wilson <br> ALAN W. WESTBROOK, ESQ. <br> Nevada Bar No. 6167 <br> CHERYL WILSON <br> Nevada Bar No. 8312 <br> 1701 W. Charleston Blvd., Suite 200 <br> Las Vegas, NV 89102 <br> *Attorneys for Defendant Stonefield Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** <br><br> /s/ Timothy E. Rhoda <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 W. Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Airmotive Investments, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 20, 2018

2

47285935;1