ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, | Case No.: 3:16-cv-00659-MMD-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| AIRMOTIVE INVESTMENTS LLC; STONEFIELD HOMEOWNERS ASSOCIATION, | |
| Defendants. | |

Plaintiff Selene Finance L.P. defendant Airmotive Investments LLC and defendant Stonefield Homeowners Association, by and through their counsel, hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

47502337;1

1  The parties further stipulate and agree that each party shall bear its own attorneys' fees and
2  costs.

**IT IS SO STIPULATED.**

DATED: April 29, 2019.

| **AKERMAN LLP**<br><br>/s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Selene Finance L.P.* | **PERRY & WESTBROOK, P.C.**<br><br>/s/ Alan W. Westbrook<br>ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>GABRIEL J. CZOP, ESQ.<br>Nevada Bar No. 14697<br>1701 W. Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>*Attorneys for Defendant Stonefield Homeowners Association* |
|---|---|
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>/s/ Timothy E. Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 W. Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Airmotive Investments, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 29, 2019

47502337;1